UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JEFF KUSMIERSKI, Derivatively on Behalf of Nominal Defendant NEXTERA ENERGY, INC.,

    Plaintiff,

v.

JOHN W. KETCHUM, NICOLE S. ARNABOLDI, SHERRY S. BARRAT, JAMES L. CAMAREN, KENNETH B. DUNN, NAREN GURSAHANEY, KIRK S. HACHIGIAN, AMY B. LANE, DAVID PORGES, JOHN A. STALL, DARRYL L. WILSON, RUDY E. SCHUPP, JOHN L. SKOLDS, LYNN M. UTTER, JAMES L. ROBO, ERIC SILAGY, DAVID P. REUTER, and MATRIX LLC,

    Defendants,

- and -

NEXTERA ENERGY, INC.,

    Nominal Defendant.

Case No. 1:24-cv-22533-JB

**ORDER**

**WHEREAS**, upon Plaintiff Jeff Kusmierski's ("Plaintiff") Motion for Leave to File Under Seal (the "Motion"), and all papers submitted in support thereof, and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is hereby **GRANTED**.

2. The Verified Stockholder Derivative Complaint is hereby sealed and shall remain under seal indefinitely (including through the conclusion of any appeal in this case).

**IT IS SO ORDERED.**

Dated: _____, 2024

2

_____
HON. JACQUELINE BECERRA
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2