UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JEFF KUSMIERSKI, Derivatively on Behalf of Nominal Defendant, NEXTERA ENERGY, INC.,

    Plaintiff,

v.

JOHN W. KETCHUM, et al.,

    Defendants,

-and-

NEXTERA ENERGY, INC.,

    Nominal Defendant.

Case No. 24-cv-22533-JB

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

**THIS CAUSE** came before the Court upon the Joint Motion to Stay Proceedings. ECF No. [15]. Upon due consideration of the Joint Motion and noting the agreement of the Parties, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Joint Motion to Stay Proceedings, ECF No. [15], is **GRANTED**. This action is **STAYED** until the earlier of (i) an announcement that the parties in *Jastram* v. *NextEra Energy, Inc., et al.*, No. 9:23-cv-80833-AMC, currently pending before the Southern District of Florida (the "Securities Class Action"), have reached a settlement; (ii) final dismissal of all claims in the Securities Class Action with prejudice; or (iii) for good cause shown upon an application to lift the stay by both parties. Upon the occurrence of (i) or (ii), the Parties shall file a notice within

**fourteen (14) days** thereof, informing the Court as to the outcome of the Securities Class Action. Upon the occurrence of (iii), the Parties shall file a joint proposed scheduling order within **thirty (30) days** following dissolution of the stay order.

2. The Parties shall file a joint status report every **thirty (30) days** from the date of this Order advising the Court of the status of the Securities Class Action and indicating their position(s) on whether and why the stay should be lifted or remain in place.

3. The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case. Any currently scheduled hearings are **CANCELLED** and all pending deadlines, including any obligations by Defendants to respond to any pleading in this case, are **VACATED**.

**DONE AND ORDERED** in Miami, Florida, this 26th day of July 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE