**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| JEFF KUSMIERSKI, Derivatively on Behalf of Nominal Defendant NEXTERA ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN W. KETCHUM, NICOLE S. ARNABOLDI, SHERRY S. BARRAT, JAMES L. CAMAREN, KENNETH B. DUNN, NAREN GURSAHANEY, KIRK S. HACHIGIAN, AMY B. LANE, DAVID PORGES, JOHN A. STALL, DARRYL L. WILSON, RUDY E. SCHUPP, JOHN L. SKOLDS, LYNN M. UTTER, JAMES L. ROBO, ERIC SILAGY, DAVID P. REUTER, and MATRIX LLC, <br><br> Defendants, <br><br> - and - <br><br> NEXTERA ENERGY, INC., <br><br> Nominal Defendant. | Case No. 1:24-cv-22533-JB |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the U.S. District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Geoffrey M. Johnson of the law firm of Scott+Scott Attorneys at Law LLP, 12434 Cedar Road, Suite 12, Cleveland Heights, Ohio 44106, (216) 229-6088, for purposes of appearance as co-counsel on behalf of Plaintiff, Jeff Kusmierski, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Geoffrey M. Johnson to receive electronic filings in this case, and in support thereof states as follows:

1.      Geoffrey M. Johnson is not admitted to practice in the Southern District of Florida and is a member in good standing of the Ohio State Bar and of the bars of the courts listed on the attached Exhibit A.

2.      Movant, Jeff Ostrow, Esquire, of the law firm of Kopelowitz Ostrow Ferguson Weiselberg Gilbert P.A., One West Las Olas Blvd., Suite 500, Fort Lauderdale, Florida 33301, (954) 525-4100, is a member in good standing of the Florida Bar and the U.S. District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Geoffrey M. Johnson has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Geoffrey M. Johnson, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Geoffrey M. Johnson at email address: gjohnson@scott-scott.com.

WHEREFORE, Jeff Ostrow moves this Court to enter an Order for Geoffrey M. Johnson, to appear before this Court on behalf of Plaintiff, Jeff Kusmierski, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Geoffrey M. Johnson.

Dated: October 28, 2025

Respectfully submitted,
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT P.A.**

/s/ *Jeff Ostrow*
Jeff Ostrow (FBN 121452)
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com

*Local Counsel for Plaintiff*

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**
Joseph A. Pettigrew (*pro hac vice* admitted)
*Of Counsel*
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jpettigrew@scott-scott.com

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**
Jing-Li Yu (*pro hac vice* admitted)

2

The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
jyu@scott-scott.com

**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
Geoffrey M. Johnson (*pro hac vice* pending)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile:  (216) 229-6092
gjohnson@scott-scott.com

*Additional Counsel for Plaintiff*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 28th day of October, 2025, I caused the foregoing document to be electronically filed with the Clerk of Court via the Court's CM/ECF system, which will send a notice of electronic filing to all registered users in this action.

/s/ *Jeff Ostrow*
Jeff Ostrow (FBN 121452)

## GEOFFREY M. JOHNSON
## EXHIBIT A

I, Geoffrey M. Johnson, was admitted to practice before the Bar of the following courts, as follows:

| State Court | Bar No. | Date of Admission |
|---|---|---|
| State of Ohio | OH 0073084 | 11/20/2000 |

| United States District Court | Bar No. (if applicable) | Date of Admission |
|---|---|---|
| Northern District of Ohio | | 07/25/2001 |
| Southern District of Ohio | | 01/11/2005 |
| Eastern District of Michigan | | 07/18/2005 |
| Northern District of Illinois | 0073084 | 04/25/2023 |

| United States Court of Appeals | Bar No. (if applicable) | Date of Admission |
|---|---|---|
| U.S. Court of Appeals for the Second Circuit | | 03/26/2008 |
| U.S. Court of Appeals for the Third Circuit | | 12/27/2005 |
| U.S. Court of Appeals for the Sixth Circuit | | 08/02/2001 |
| U.S. Court of Appeals for the Seventh Circuit | | 01/13/2006 |
| U.S. Court of Appeals for the Eighth Circuit | | 02/22/2006 |
| U.S. Court of Appeals for the Ninth Circuit | | 02/22/2007 |