**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| JEFF KUSMIERSKI, Derivatively on Behalf of Nominal Defendant, NEXTERA ENERGY, INC., <br><br>     Plaintiff, <br><br> v. <br><br> JOHN W. KETCHUM, et al., <br><br>     Defendants, <br><br> -and- <br><br> NEXTERA ENERGY, INC., <br><br>     Nominal Defendant. | Case No. 24-cv-22533-JB |

## PARTIES' JOINT REPORT REGARDING TENTATIVE SETTLEMENT

The parties jointly write to advise the Court that the parties have executed a term sheet, reflecting the parties' agreement to settle this action. The term sheet provides for the resolution of this derivative lawsuit, certain other related derivative lawsuits, as well as litigation demands and/or inspection demands submitted by certain other shareholders. Pursuant to the settlement term sheet, the parties have agreed to use reasonable best efforts to negotiate and execute a final settlement agreement consistent with the term sheet, which would contain customary mutual releases of claims, within 30 days after the date that the term sheet was executed. Following execution of the settlement agreement, the parties would request a court order from the Florida Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, the venue of several of the pending actions, preliminarily approving the settlement. The parties have agreed to stay all litigation activity related to the actions pending court approval of the settlement. Upon final court approval, the settlement would extinguish all claims, present or future, arising out of or relating to

the subject matter of this derivative action, and the parties would file papers with this Court to effectuate the dismissal of this action with prejudice pursuant to F.R.C.P. 23.1.

Until the settlement becomes final, the parties respectfully request that the Court continue to stay all proceedings in this matter.

Dated:  May 29, 2026

Respectfully submitted,

By:    *Jeff Ostrow*

Jeff Ostrow
(Florida Bar No. 121452)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT P.A.**
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com

*Local Counsel for Plaintiff*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph A. Pettigrew
(pro hac vice admitted)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jpettigrew@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Jing-Li Yu
(pro hac vice admitted)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jyu@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Geoffrey M. Johnson
(pro hac vice admitted)

12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092
gjohnson@scott-scott.com

*Attorneys for Plaintiff*

OF COUNSEL:

Audra J. Soloway
New York Bar No. 4113536
(pro hac vice forthcoming)
David P. Friedman
New York Bar No. 5387774
(pro hac vice forthcoming)
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
asoloway@paulweiss.com
dfriedman@paulweiss.com

Matthew D. Stachel
Delaware Bar No. 5419
(pro hac vice forthcoming)
1313 N. Market Street, Suite 806
Wilmington, DE 19801
Tel.: (302) 655-4410
Fax: (302) 655-4420
mstachel@paulweiss.com

By: __**Andy Hernández**_____

 Jordi C. Martínez-Cid
 Florida Bar No. 100566
 Andy Hernández
 Florida Bar No. 1018581
 **MARTÍNEZ-CID LAW**
 2525 Ponce de León Blvd., 7th Floor
 Miami, Florida 33134
 Telephone: 305-998-3093
 Email: jmartinez-cid@martinez-cidlaw.com
 Email: ahernandez@martinez-cidlaw.com
 Email: service @martinez-cidlaw.com

 Daniel J. Kramer
 New York Bar No. 1979392
 (pro hac vice forthcoming)
 Joshua Hill Jr.
 New York Bar No. 4297826
 (pro hac vice forthcoming)
 PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
 1285 Avenue of the Americas
 New York, NY 10019-6064
 Tel.: (212) 373-3000
 Fax: (212) 757-3990
 dkramer@paulweiss.com
 jhill@paulweiss.com

 *Attorneys for Nominal Defendant and*
 *Defendants Ketchum, Arnaboldi, Barrat,*
 *Camaren, Dunn, Gursahaney, Hachigan, Lane,*

3

*Porges, Stall, Wilson, Schupp, Skolds, Robo, Silagy, and Reuter*

OF COUNSEL:

Martin L. Seidel
(pro hac vice forthcoming)
HOLLAND & KNIGHT LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 513-3529
martin.seidel@hklaw.com

**HOLLAND & KNIGHT LLP**

*/s/ Allison Kernisky*

ALLISON KERNISKY
Florida Bar No. 41160
STEPHEN P. WARREN
Florida Bar No. 788171
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305) 789-7799
Email: allison.kernisky@hklaw.com
Email: stephen.warren@hklaw.com

*Counsel for Defendant Utter*

4