**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| JEFF KUSMIERSKI, Derivatively on Behalf of Nominal Defendant, NEXTERA ENERGY, INC., <br><br> Plaintiff, <br> v. <br><br> JOHN W. KETCHUM, et al., <br><br> Defendants, <br><br> -and- <br><br> NEXTERA ENERGY, INC., <br><br> Nominal Defendant. | Case No. 24-cv-22533-JB |

## JOINT STATUS REPORT

Pursuant to the Court's orders of September 29, 2025 and July 17, 2026 (ECF Nos. 37, 48), the parties jointly write to provide the Court with a status report in this matter.[1]  As reported on May 29, 2026, (ECF No. 47), the parties have reached a settlement in principle to resolve this action as part of a global shareholder derivative settlement (the "Derivative Settlement").  On June 11, 2026, as part of the global shareholder derivative settlement, the parties entered into a Stipulation and Agreement of Settlement.  Following notice to shareholders, the Stipulation and Agreement of Settlement will be presented for approval in a related shareholder derivative matter, *Davidson v. Silagy*, Case No. 50-2023-CA-012434-XXXX-MB pending in the Florida Circuit Court of the 15th Judicial Circuit in and for Palm Beach County (the "*Davidson* Action").  The court in the *Davidson* Action has not yet approved the Derivative Settlement.

---

[1]  The parties respectfully request that this Joint Status Report shall serve as the report for both June and July 2026.

As previously reported, upon court approval of the Derivative Settlement, all claims, present or future, arising out of or relating to the subject matter of this derivative action would be extinguished, and the parties would file papers with this Court to effectuate the dismissal of this action with prejudice pursuant to F.R.C.P. 23.1.

Separately, on June 15, 2026, the plaintiff in *Jastram v. NextEra Energy, Inc., et al.*, No. 9:23-cv-80833-AMC (S.D. Fla.) (the "Securities Class Action") filed a motion for preliminary approval of settlement of that action.  A hearing on preliminary approval is currently set for July 30, 2026.

Until the Derivative Settlement becomes final, the parties respectfully request that the Court continue to stay all proceedings in this matter.

Dated:  July 20, 2026

Respectfully submitted,

By:    *Jeff Ostrow*
Jeff Ostrow
(Florida Bar No. 121452)
**KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT P.A.**
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com

*Local Counsel for Plaintiff*

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**
Joseph A. Pettigrew
(pro hac vice admitted)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jpettigrew@scott-scott.com

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**
Jing-Li Yu
(pro hac vice admitted)

The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jyu@scott-scott.com


**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
Geoffrey M. Johnson
(pro hac vice admitted)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092
gjohnson@scott-scott.com

*Attorneys for Plaintiff*

OF COUNSEL:

Audra J. Soloway
New York Bar No. 4113536
(pro hac vice forthcoming)
David P. Friedman
New York Bar No. 5387774
(pro hac vice forthcoming)
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
asoloway@paulweiss.com
dfriedman@paulweiss.com

Matthew D. Stachel
Delaware Bar No. 5419
(pro hac vice forthcoming)
1313 N. Market Street, Suite 806
Wilmington, DE 19801
Tel.: (302) 655-4410
Fax: (302) 655-4420
mstachel@paulweiss.com

By: ___*Andy Hernández*___
    Jordi C. Martínez-Cid
    Florida Bar No. 100566
    Andy Hernández
    Florida Bar No. 1018581
    **MARTÍNEZ-CID LAW**
    2525 Ponce de Leon Blvd., 7th Floor
    Coral Gables, Florida 33134
    Telephone: 305-998-3093
    Email: jmartinez-cid@martinez-cidlaw.com
    Email: ahernandez@martinez-cidlaw.com
    Email: service @martinez-cidlaw.com

    Daniel J. Kramer
    New York Bar No. 1979392
    (pro hac vice forthcoming)
    Joshua Hill Jr.
    New York Bar No. 4297826
    (pro hac vice forthcoming)
    PAUL, WEISS, RIFKIND,
     WHARTON & GARRISON LLP
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Tel.: (212) 373-3000
    Fax: (212) 757-3990

3

dkramer@paulweiss.com
jhill@paulweiss.com

*Attorneys for Nominal Defendant and
Defendants Ketchum, Arnaboldi, Barrat,
Camaren, Dunn, Gursahaney, Hachigan, Lane,
Porges, Stall, Wilson, Schupp, Skolds, Robo,
Silagy, and Reuter*

**HOLLAND & KNIGHT LLP**

OF COUNSEL:

Martin L. Seidel
(pro hac vice forthcoming)
HOLLAND & KNIGHT LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 513-3529
martin.seidel@hklaw.com

*/s/ Allison Kernisky*

ALLISON KERNISKY
Florida Bar No. 41160
STEPHEN P. WARREN
Florida Bar No. 788171
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305) 789-7799
Email: allison.kernisky@hklaw.com
Email: stephen.warren@hklaw.com

*Counsel for Defendant Utter*