**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JEFF KUSMIERSKI, Derivatively on Behalf of Nominal Defendant, NEXTERA ENERGY, INC.,<br><br>Plaintiff,<br>v.<br><br>JOHN W. KETCHUM, et al.,<br><br>Defendants,<br><br>-and-<br><br>NEXTERA ENERGY, INC.,<br><br>Nominal Defendant. | Case No. 24-cv-22533-JB |

**JOINT STATUS REPORT**

Pursuant to the Court's order of September 29, 2025 (ECF No. 37), the parties jointly write to provide the Court with a status report in this matter regarding the proposed global shareholder derivative settlement of this and related cases (the "Derivative Settlement"), as reported on July 20, 2026 (ECF No. 49). On August 5, 2026, the plaintiffs in a related shareholder derivative matter, *Davidson v. Silagy*, Case No. 50-2023-CA-012434-XXXX-MB pending in the Florida Circuit Court of the 15th Judicial Circuit in and for Palm Beach County (the "*Davidson* Action"), filed an unopposed motion for the issuance of notice to shareholders and to schedule a hearing to consider whether to approve the Derivative Settlement. On September 8, 2026, the court in the *Davidson* Action held a hearing to consider that motion and scheduled a hearing for December 14, 2026 at 3:00 p.m. ET to consider whether to approve the Derivative Settlement, following notice to shareholders.

As previously reported, upon court approval of the Derivative Settlement, all claims,

present or future, arising out of or relating to the subject matter of this derivative action would be extinguished, and the parties would file papers with this Court to effectuate the dismissal of this action with prejudice pursuant to F.R.C.P. 23.1.

Until the Derivative Settlement becomes final, the parties respectfully request that the Court continue to stay all proceedings in this matter.

Dated: September 18, 2026

Respectfully submitted,

By: *Jeff Ostrow*
Jeff Ostrow
(Florida Bar No. 121452)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT P.A.**
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com

*Local Counsel for Plaintiff*

**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
Joseph A. Pettigrew
(pro hac vice admitted)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jpettigrew@scott-scott.com

**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
Jing-Li Yu
(pro hac vice admitted)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jyu@scott-scott.com

**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
Geoffrey M. Johnson
(pro hac vice admitted)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092
gjohnson@scott-scott.com

*Attorneys for Plaintiff*

By: *Andy Hernández*
Jordi C. Martínez-Cid
Florida Bar No. 100566
Andy Hernández
Florida Bar No. 1018581
**MARTÍNEZ-CID LAW**
2525 Ponce de Leon Blvd., 7th Floor
Miami, Florida 33134
Telephone: 305-998-3093
Email: jmartinez-cid@martinez-cidlaw.com
Email: ahernandez@martinez-cidlaw.com
Email: service @martinez-cidlaw.com

Daniel J. Kramer
New York Bar No. 1979392
(pro hac vice forthcoming)
Joshua Hill Jr.
New York Bar No. 4297826
(pro hac vice forthcoming)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
dkramer@paulweiss.com
jhill@paulweiss.com

*Attorneys for Nominal Defendant and Defendants Ketchum, Arnaboldi, Barrat, Camaren, Dunn, Gursahaney, Hachigan, Lane,*

OF COUNSEL:

Audra J. Soloway
New York Bar No. 4113536
(pro hac vice forthcoming)
David P. Friedman
New York Bar No. 5387774
(pro hac vice forthcoming)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
asoloway@paulweiss.com
dfriedman@paulweiss.com

Matthew D. Stachel
Delaware Bar No. 5419
(pro hac vice forthcoming)
1313 N. Market Street, Suite 806
Wilmington, DE 19801
Tel.: (302) 655-4410
Fax: (302) 655-4420
mstachel@paulweiss.com

*Porges, Stall, Wilson, Schupp, Skolds, Robo, Silagy, and Reuter*

OF COUNSEL:

Martin L. Seidel
(pro hac vice forthcoming)
HOLLAND & KNIGHT LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 513-3529
martin.seidel@hklaw.com

**HOLLAND & KNIGHT LLP**

*/s/ Allison Kernisky*

ALLISON KERNISKY
Florida Bar No. 41160
STEPHEN P. WARREN
Florida Bar No. 788171
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305) 789-7799
Email: allison.kernisky@hklaw.com
Email: stephen.warren@hklaw.com

*Counsel for Defendant Utter*